**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| VALORIE BASHOR, | CASE NO:  CV 11-00573 VAP (OPx) |
| Plaintiff, | **ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| VS. | |
| METROPOLITAN LIFE INSURANCE COMPANY; KAISER PERMANENTE WELFARE BENEFITS PLAN, | |
| Defendants. | |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice as to all defendants.  Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Date: February 21, 2012 By: _Virginia A. Phillips_

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1